UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Eric Wilim, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>7-Eleven, Inc.,<br><br>Defendant | 1:22-cv-04886<br><br>Stipulation of Dismissal<br>With Prejudice |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Eric Wilim and Defendant 7-Eleven, Inc., through their undersigned counsel, hereby stipulate and agree that this proceeding is dismissed, in its entirety, with prejudice, each party bearing its own fees and costs.

Dated:   December 9, 2022

| | |
|---|---|
| Sheehan & Associates, P.C. | Winston & Strawn LLP |
| /s/ Spencer Sheehan<br>Spencer Sheehan<br>60 Cuttermill Rd Ste 412<br>Great Neck NY 11021<br>(516) 268-7080<br>spencer@spencersheehan.com | /s/ Daniel M. Blounin<br>Daniel M. Blouin<br>35 W Wacker Dr<br>Chicago IL 60601<br>(312)-558-7544<br>dblouin@winston.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**Certificate of Service**

I certify that on December 9, 2022, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

    /s/ Spencer Sheehan
Spencer Sheehan